

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID TAYLOR, et al | CIVIL ACTION 09-1552 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| VANLINER INSURANCE COMPANY, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand and for attorney fees, **Doc. #8, is DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 3rd day of December, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**